# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　　　Respondent,<br><br>　　v.<br><br>MICHAEL GREGORY RAMSEY,<br><br>　　　　　　　　Appellant. | No. 54638-8-II<br><br><br>ORDER GRANTING<br>MOTION FOR RECONSIDERATION<br>AND WITHDRAWING OPINION |

Appellant filed a motion for reconsideration of this court's unpublished opinion filed on December 7, 2021. The State answered the motion for reconsideration on January 5, 2022.

We grant reconsideration. This court's unpublished opinion filed December 7, 2021 is withdrawn and a revised opinion shall be filed in due course. Accordingly, it is

**SO ORDERED.**

_____
Worswick, J.

We concur:

_____
Glasgow, J.

_____
Veljacic, J.